# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

SHERI KAMIEL,

                                            Plaintiff,                        19 Civ. 5336 (PAE)

                -against-

                                                                                 DEFAULT JUDGMENT

HAI STREET KITCHEN & CO. LLC, SAKURA DINING
CORPORATION, SUN JOON KIM and DAISUKE
KAWAUCHI *individually*,

                                            Defendants.

------------------------------------------------------------------------X

        Plaintiff Sheri Kamiel brought this action on June 6, 2019 by the filing of the Summons and Complaint. Dkt. 1. A copy of the Summons and Complaint were served on defendants Sun Joon Kim and Daisuke Kawauchi at their place of business through an authorized recipient on June 27, 2019, Dkts. 14–15; the Summons and Amended Complaint were served on defendant Hai Street Kitchen & Co. LLC through the Secretary of State on July 8, 2019, Dkt. 13; and the Summons and Amended Complaint were served on defendant Sakura Dining Corporation on September 30, 2019, Dkt. 26. Defendants have not answered the Complaint, and the time for answering the Complaint has expired. A default judgment hearing was duly noticed and held on December 2, 2019, at which defendants did not appear. The Court there held that entry of a default judgment as to liability was merited.

        The Court therefore orders that plaintiff have judgment against defendants Hai Street Kitchen & Co. LLC, Sakura Dining Corporation, Sun Joon Kim, and Daisuke Kawauchi, jointly and severally, on all claims brought under the New York State Human Rights Law, Fair Labor Standards Act, and New York Labor Law in an amount to be determined at an inquest, plus costs, interest, and attorneys' fees to be determined based on a subsequent submission; and that plaintiff

have judgment against defendants Hai Street Kitchen & Co. LLC and Sakura Dining Corporation on all claims brought under the Americans with Disabilities Act in an amount to be determined at an inquest, plus costs, interest, and attorneys' fees to be determined based on a subsequent submission.

The Court will, by separate order, refer this case to the Hon. Stewart D. Aaron, Magistrate Judge, for an inquest into damages.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 3, 2019
   New York, New York