**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Sheri Kamiel,

Plaintiff,

-against-

Hai Street Kitchen & Co. LLC, et al.,

Defendants.

1:19-cv-05336 (PAE) (SDA)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2020

**STEWART D. AARON, United States Magistrate Judge:**

On December 3, 2019, this Court entered an Order regarding a damages inquest in this case. (12/3/19 Order, ECF No. 40.) Such Order required Plaintiff to serve each Defendant with Proposed Findings of Fact and Conclusions of Law, as well as a copy of the 12/3/19 Order. (*Id*. ¶ 1.) The Order also stated the following with respect to any request for attorneys' fees:

> Any request for attorneys' fees must be supported by contemporaneous time records showing, for each attorney, the date of service, the hours expended, and the nature of the work performed. Counsel should also provide the number of years they have been admitted to the bar and their hourly rate. Finally, the Conclusions of Law shall include a paragraph or paragraphs setting forth the legal basis for any requested award of attorneys' fees, including why, if applicable, the number of attorneys involved are entitled to fees.

(Id. at 2 n.1.)

On January 8, 2020, Plaintiff filed Proposed Findings of Fact and Conclusions of Law. (Proposed Findings, ECF No. 41.) With respect to attorneys' fees, Plaintiff stated: "Plaintiff's Counsel is also entitled to attorneys' fees which is to be determined based on an application by letter following a determination on the damages of Plaintiff's claims." (*Id*. ¶ 29.) Plaintiff's submission is not in compliance with the Court's 12/3/19 Order.

It is hereby **ORDERED** that:

1.      If Plaintiff seeks to recover attorneys' fees, then no later than January 16, 2020, she shall serve and file a properly supported request in full compliance with the 12/3/19 Order. Plaintiff also shall serve a copy of this Order on all Defendants.

2.      The deadline for Defendants' response, if any, to Plaintiff's submissions is hereby extended to February 21, 2020.

3.      No later than January 16, 2020, Plaintiff shall file proof of service of her Findings of Fact; her request for attorneys' fees, if any; the 12/3/19 Order; and this Order.

**SO ORDERED.**

DATED:      New York, New York
            January 9, 2020

_____
STEWART D. AARON
United States Magistrate Judge