**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
SHERRI KAMIEL,
                    Plaintiff,

                                                            19 **CIV** 5336 (PAE) (SDA)

        -against-                                        **DEFAULT JUDGMENT**

HAI STREET KITCHEN & COMPANY, LLC;
SAKURA DINING CORPORATION; SUN
JOON KIM, individually; and DAISUKE
KAWAUCHI, individually,
                    Defendants.
---------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 20, 2020, Magistrate Judge Stewart D. Aaron's March 17, 2020, Report and Recommendation (the "Report") is adopted in its entirety; Judgment is hereby entered in favor of Plaintiff Sherri Kamiel against all defendants Sakura Dining Corporation, Sun Joon Kim, Daisuke Kawauchi, and Hai Street Kitchen & Co. LLC, jointly and severally, in the principal amount of $66,090; plus prejudgment interest at the Rate of 9% per annum on $4885 in unpaid overtime wages from April 3, 2020 through the date of judgment in the amount of $905.80; plus prejudgment interest of 9% per annum on $34,376 in back pay from July 12, 2019 through the date of the judgment in the amount of $2,432.69 for a total amount of prejudgment interest of $3,338.49, for a total judgment amount of $69,428.49. Judgment is also entered in favor of Plaintiff Sherri Kamiel against defendants Hai Street and Sakura, jointly and severally, in the amount of $35,000. Plaintiff Sherri Kamiel is awarded $4,000 in attorney's fees and costs against all defendants Sakura Dining Corporation, Sun Joon Kim, Daisuke Kawauchi, and Hai Street Kitchen & Co. LLC, jointly and severally; and Plaintiff Sherri

**Kamiel is granted post-judgment interest on the full judgment amounts, pursuant to 28 U.S.C. § 1961.**


**DATED**: New York, New York
April 24, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                                  **BY**: _____
                                                **Deputy Clerk**