UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAMIEL,<br><br>          Plaintiff,<br>    -v-<br><br>HAI STREET KITCHEN CO. ET AL,<br><br>          Defendants. | 19 Civ. 5336 (PAE) (SDA)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  The Court has received a motion from defendant Daisuke Kawauchi to vacate the default judgment against him and dismiss this case. Dkt. 53. Plaintiff's response is due August 31, 2021. The Court does not invite a reply

  SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 23, 2021
    New York, New York