UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHERI KAMIEL, <br><br>                                Plaintiff, <br> -v- <br><br> HAI STREET KITCHEN CO. ET AL, <br><br>                               Defendants. | 19 Civ. 5336 (PAE) (SDA) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

      The Court has received a proposed order to show cause from defendant Daisuke Kawauchi, arising from his motion to vacate the default judgment against him. Dkts. 54, 55. In its August 23, 2021 order, the Court has already invited plaintiff to respond to defendant's motion to vacate the default judgment, Dkt. 54, and the Court has now received plaintiff's response, *see* Dkt. 56. The Court therefore denies the order to show cause as unnecessary. The Court will resolve defendant's motion shortly.

      SO ORDERED.

                                                               *Paul A. Engelmayer* <br>
                                                              PAUL A. ENGELMAYER <br>
                                                              United States District Judge

Dated: August 25, 2021
       New York, New York