UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERI KAMIEL,

                        Plaintiff,

        -v-

HAI STREET KITCHEN & CO. LLC, SAKURA DINING
CORPORATION, SUN JOON KIM, and DAISUKE
KAWAUCHI,

                        Defendants.

19 Civ. 5336 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    On November 30, 2021, the Court directed the parties to meet and confer to arrange a plan for discovery as to the discrete issue of whether defendant Daisuke Kawauchi worked at Hai Street Kitchen Co. or the Sakura Dining Corporation when plaintiff Sheri Kamiel allegedly served him there. Dkt. 62. Such discovery was to be completed by December 23, 2021. *Id.* On December 2, 2021, the parties filed a letter indicating, *inter alia*, that the production of certain employment records of Kawauchi may not have been completed by December 23, 2021. Dkt. 63.

    Having not heard from the parties regarding the status of the additional discovery authorized by the Court, the parties are directed to file a joint letter on the docket of this case, no later than **January 7, 2022**, addressing the following items:

- Whether the additional discovery authorized by the Court has been completed, along with a description of what, if anything, remains to be discovered.

- A proposed schedule for the filing of letter motions, each no longer than 3 single-spaced pages, to supplement the parties' briefing on the pending motion to vacate

1

default judgment entered against Kawauchi, in light of the additional discovery.

*See* Dkt. 49.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      _____
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: January 4, 2022
       New York, New York