UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sheri Kamiel,

        Plaintiff,

 -against-

Hai Street Kitchen & Co. LLC, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/14/2023

1:19-cv-05336 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

 If Plaintiff intends to file a second amended complaint with respect to claims against Defendant Daisuke Kawauchi under the Fair Labor Standards Act and the New York Labor Law, Plaintiff shall file the second amended complaint no later than Tuesday, March 28, 2023. The parties shall appear via telephone for a status conference on Tuesday, April 4, 2023, at 11:00 a.m. EST. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:  New York, New York
     March 14, 2023

                _____
                STEWART D. AARON
                United States Magistrate Judge