UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SHERI KAMIEL,

                        Plaintiff,

     – against –

HAI STREET KITCHEN CO., SAKURA DINING
CORPORATION, SUN JOON KIM and DAISUKE
KAWAUCHI, individually,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No.:
19-cv-5336-PAE-SDA

**STIPULATION AND ORDER
OF DISCONTINUANCE
<u>WITH PREJUDICE</u>**

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff, SHERI KAMIEL, and defendant DAISUKE KAWAUCHI, individually, to the above-entitled action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice as to defendant Daisuke Kawauchi, without costs or attorneys' fees to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court. This Stipulation may be executed in counterparts, and a facsimile or electronically transmitted copy of this Stipulation shall be deemed an original.

Dated: Garden City, New York
       August 14_____, 2023

| | |
|---|---|
| The Rose Law Group PLLC<br>*Attorneys for Plaintiff*<br>*Sheri Kamiel* | Stagg Wabnik Law Group LLP<br>*Attorneys for Defendant*<br>*Daisuke Kawauchi* |
| By: */s/ Jesse Rose*<br>Jesse Curtis Rose<br>3272 Steinway Street, Suite 503<br>Astoria, New York 11103 | By: */s/ Debra L Wabnik*<br>Debra L. Wabnik<br>401 Franklin Avenue, Suite 300<br>Garden City, New York 11530<br>(516) 812-4550 |

**SO ORDERED:**

_____
The Honorable Paul A. Engelmayer, U.S.D.J.
U.S.D.J.